UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS BURROWS,

    Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 16-cv-06357-PJH

**ORDER DENYING MOTION TO CONSOLIDATE**

Re: Dkt. No. 18

For the reasons stated in the court's January 20, 2017 order in the lead case in this consolidated matter (No. 16-cv-06356-PJH), Experian's motion to consolidate is DENIED and the hearing set for February 15, 2017 is VACATED.

Per the court's prior order, all further documents in this matter shall be filed under the case number and caption of the lead case.

**IT IS SO ORDERED.**

Dated: January 20, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge