1 | Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
2 | Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
3 | 2033 Gateway Place, 5th Floor
San Jose, California 95110
4 | Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| LOUIS BURROWS<br>LESLIE BURROWS,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>Defendants. | Federal Case No.: 4:16-cv-06356-PJH<br><br>Federal Case No.: 4:16-cv-06357-PJH<br><br>**CONSOLIDATED CASES**<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.; [PROPOSED] ORDER** |
|---|---|

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiffs Louis and Leslie Burrows and defendant Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

| | | |
|---|---|---|
| DATED: March 14, 2017 | Sagaria Law, P.C. | |
| | By: _/s/ Elliot W. Gale_ |
| | Elliot W. Gale |
| | Attorneys for Plaintiffs |
| | Louis & Leslie Burrows |

DATED: March 14, 2017		Severson & Werson, APC

					By:	_/s/Alice Miller_
						Alice Miller
					Attorneys for Defendant
					Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alice Miller has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Bank of America, N.A. is dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: March 15, 2017		_____
					PHYLLIS J. HAMILTON
					UNITED STATES DISTRICT JUDGE