1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Louis Burrows

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BURROWS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 4:16-cv-06357-PJH<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Louis Burrows and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.  Defendant Experian Information Solutions, Inc. was terminated in the lead case, Leslie Burrows v. Experian Information Solutions, Inc., et al. (4:16-cv-06356-PJH), on May 16, 2017.

//

//

//

| | | |
|---|---|---|
| DATED: May 25, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* |
| | | Elliot Gale |
| | | Attorney for Plaintiff Louis Burrows |

| | | |
|---|---|---|
| DATED: May 25, 2017 | | **Jones Day** |
| | By: | */s/ Benjamin Chung Lee* |
| | | Benjamin Chung Lee |
| | | Attorney for Defendant Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 26, 2017

_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE