UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BURROWS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQUIFAX, INC.,<br><br>    Defendant. | Case No. 16-cv-06356-PJH<br>Case No. 16-cv-06357-PJH<br><br>**ORDER OF DISMISSAL** |

On May 17, 2017, the court ordered plaintiffs to show cause why the court should not dismiss this case against the remaining defendants for failure to prosecute. Dkt. 72. Although the parties have filed voluntary or stipulated dismissals as to former defendants Commerce Bancshares, Bank of America, Chase, Experian, and Asset Acceptance LLC, see Dkt. 54, 65, 69, 71, 74, Equifax, Inc. remains as a defendant.

Plaintiffs did not respond to the order to show cause by the deadline (May 31), and never filed an amended complaint, which was due by April 10, 2017. Dkt. 66 at 21.

Accordingly, the court hereby DISMISSES this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 2, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge