UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LESLIE BURROWS, et al.,

          Plaintiffs,

    v.

EQUIFAX, INC.,

          Defendant.

Case No.  16-cv-06356-PJH
Case No.  16-cv-06357-PJH

**JUDGMENT**

      The court having dismissed this case as to the sole remaining defendant, Equifax, pursuant to Federal Rule of Civil Procedure 41(b),

      it is Ordered and Adjudged

      that plaintiffs take nothing, and that the action be dismissed.

      **IT IS SO ORDERED.**

Dated: June 2, 2017

_____

PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California